DORNER, Respondent, v. NEW YORK CENT. & H. R. R CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. January 23, 1907.) Action by Della Dorner, an infant, etc., against the New York Central & Hudson River Railroad Company.

PER CURIAM. Judgment and order affirmed, with costs.

McLENNAN, P. J., and WILLIAMS, J., dissent, on the ground that the evidence fails to show actionable negligence on the part of the defendant or freedom from contributory negligence on the part of the plaintiff.